1  LINDSEY M. ROMANO (SBN: 337600)
   ALLISON J. BECKER (PRO HAC VICE)
2  ALEXANDER M. JURENKA (SBN: 342233)
   GORDON REES SCULLY MANSUKHANI, LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5  lromano@grsm.com
   abecker@grsm.com
6  ajurenka@grsm.co

7  Attorneys for Defendant
   CALIFORNIA FORENSIC MEDICAL GROUP; MARIA MAGAT; CAROL STEVENSON
8  AND MIRA YUNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY MILES, individually and as successor-in-interest to decedent, DEVIN WEST<br><br>Plaintiff(s),<br><br>vs.<br><br>COUNTY OF ALAMEDA; CALIFORNIA FORENSIC MEDICAL GROUP; DOE SMITH; DOE MITCHELL; CRISPINO GABRIEL; MARC SOLOPOW; DANIEL SABLAN; BRYAN KISS; DANIEL HERRERA; MICHASEL TEVES; MALIK JACKSON; TERRELL SANTIAGO; KENNETH GEMMEL; DEVIN LORIER; VICTOR GALINDO; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON; MIRA YUNE; ELIAS ABOUJAOUDE; TERESITA PONTEJOS-MURPHY; JENNIFER MCQUADE; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO. 3:22-cv-6707 SK<br><br>**DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, MARIA MAGAT, CAROL STEVESON, AND MIRA YUNE'S NOTICE OF APPEARANCE OF ALEXANDER M. JURENKA**<br><br>Complaint Filed:    November 2, 2022 |

Alexander M. Jurenka, of the law firm of Gordon Rees Scully Mansukhani, LLP hereby enters his appearance on behalf of Defendants CALIFORNIA FORENSIC MEDICAL GROUP, MARIA MAGAT, CAROL STEVENSON, AND MIRA YUNE. In accordance with Northern District of California C.L.R., the undersigned certifies that he is a member in good standing of the bar of this court.

-1-
DEFENDANT WELLPATH MANAGEMENT, INC.'S NOTICE OF APPEARANCE

Dated: February 29, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Alexander M. Jurenka*
Lindsey M. Romano (SBN: 337600)
Allison J. Becker (PRO HAC VICE)
Alexander M. Jurenka (SBN: 342233)
Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP