Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY ALEXANDER SMITH, DEPUTY RACHEL MITCHELL, DEPUTY DANIEL SABLAN, DEPUTY DANIEL HERRERA, DEPUTY MICHAEL TEVES, DEPUTY MALIK JACKSON, and SERGEANT DEVIN LORIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY MILES, individually and as successor-in-interest to decedent, DEVIN WEST, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA; CALIFORNIA; FORENSIC MEDICAL GROUP, INC.; DOE SMITH; DOE MITCHELL; CRISPINO GABRIEL; MARC SOLOPOW; DANIEL SABLAN; BRYAN KISS; DANIEL HERRERA; MICHAEL TEVES; MALIK JACKSON; TERRELL SANTIAGO; KENNETH GEMMELL; DEVIN LORIER; VICTOR GALINDO; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON; MIRA YUNE; ELIAS ABOUJAOUDE; TERESITA PONTEJOS-MURPHY; JENNIFER MCQUADE; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  22-cv-06707-WHO <br><br> **DEFENDANT DEPUTY MALIK JACKSON'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

ORBACH HUFF + HENDERSON LLP

ORBACH HUFF + HENDERSON LLP

COMES NOW Defendant DEPUTY MALIK JACKSON (hereinafter "Defendant"), and in answering the Second Amended Complaint ("Complaint") by Plaintiff CHRISTY MILES ("Plaintiff") for himself and for no other parties, admits, denies, and alleges as follows:

## INTRODUCTION

1.      Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## JURISDICTION AND VENUE

2.      Defendant admits that this Court has jurisdiction over the claims in this case and that venue is proper.  Except as heretofore expressly admitted, Defendant denies generally and specifically each and every allegation contained therein.

3.      Defendant admits that this Court has jurisdiction over the claims in this case and that venue is proper.  Except as heretofore expressly admitted, Defendant denies generally and specifically each and every allegation contained therein.

## PARTIES

4.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

5.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

6.      Answering this paragraph, Defendant admits that the County of Alameda is a public entity.  As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

7.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

ORBACH HUFF + HENDERSON LLP

8.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

9.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

10.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

11.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

12.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

13.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

14.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

15.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

16.      Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

17.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

18.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

19.     Answering this paragraph, Defendant admits that he was a Deputy with the County of Alameda's Sheriff's Department at all relevant times.  As to all other allegations in this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

20.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

21.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

22.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

23.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

24.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

///

ORBACH HUFF + HENDERSON LLP

1    25.    Answering this paragraph, Defendant lacks information and belief sufficient to
2    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
3    denied, Defendant denies generally and specifically each and every allegation contained therein.

4    26.    Answering this paragraph, Defendant lacks information and belief sufficient to
5    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
6    denied, Defendant denies generally and specifically each and every allegation contained therein.

7    27.    Answering this paragraph, Defendant lacks information and belief sufficient to
8    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
9    denied, Defendant denies generally and specifically each and every allegation contained therein.

10    28.    Answering this paragraph, Defendant lacks information and belief sufficient to
11    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
12    denied, Defendant denies generally and specifically each and every allegation contained therein.

13    29.    Answering this paragraph, Defendant lacks information and belief sufficient to
14    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
15    denied, Defendant denies generally and specifically each and every allegation contained therein.

16    30.    Answering this paragraph, Defendant lacks information and belief sufficient to
17    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
18    denied, Defendant denies generally and specifically each and every allegation contained therein.

19    31.    Answering this paragraph, Defendant lacks information and belief sufficient to
20    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
21    denied, Defendant denies generally and specifically each and every allegation contained therein.

22    32.    Answering this paragraph, Defendant lacks information and belief sufficient to
23    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
24    denied, Defendant denies generally and specifically each and every allegation contained therein.

25    33.    Answering this paragraph, Defendant lacks information and belief sufficient to
26    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise
27    denied, Defendant denies generally and specifically each and every allegation contained therein.

28    ///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

34.     Answering this paragraph, which incorporates by reference the allegations of previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

35.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

36.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

37.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

38.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

39.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

40.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

41.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

42.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

ORBACH HUFF + HENDERSON LLP

43.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

44.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

45.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

46.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

47.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

48.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

49.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

50.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

51.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

52.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

53.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

54.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

55.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

56.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

57.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

58.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

59.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

60.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

61.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

62.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

63.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

64.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

65.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

66.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

67.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

68.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

69.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

70.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

71.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

72.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

73.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

74.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

75.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

76.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

77.     Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

78.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

///

ORBACH HUFF + HENDERSON LLP

79.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

80.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

81.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

82.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

83.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

84.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

85.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

86.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

87.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

88.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

89.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

90.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

91.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

92.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

93.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

94.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

95.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

96.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

97.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

98.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

99.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

100.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

101.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

102.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

103.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

104.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

105.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

106.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

107.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

108.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

109.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

110.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

111.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

112.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

113.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

114.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

115.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

116.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

117.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

118.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

119.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

120.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

121.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

122.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

123.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

124.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

125.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

126.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

127.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

128.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

129.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

130.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

131.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

132.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

ORBACH HUFF + HENDERSON LLP

133.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

134.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

135.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

136.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

137.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

138.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

139.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

## DAMAGES

140.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

141.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

142.     Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

## FIRST CLAIM FOR RELIEF

**Interference with Familial Relationship, Due Process – Violation of the Fourteenth Amendment (42 U.S.C. §1983)**

(Wrongful Death) (By Plaintiff against Defendants SMITH, MITCHELL, GABRIEL, SOLOPOW, SABLAN, KISS, HERRERA, TEVES, JACKSON, SANTIAGO, GEMMELL, LORIER, GALINDO, ROCKER, MAGAT, STEVENSON, YUNE, ABOUJAOUDE, PONTEJOS-MURPHY, MCQUADE, and DOES 1 through 10)

143.     Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

144.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

145.     Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

146.     Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

147.     Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

148.     Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

149.     Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

ORBACH HUFF + HENDERSON LLP

150.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

151.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

152.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

153.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## **SECOND CLAIM FOR RELIEF**

**Failure to Protect – Violation of the Eighth Amendment (42 U.S.C. §1983)**

(Survival) (By Plaintiff against Defendants SMITH, MITCHELL, GABRIEL, SOLOPOW, SABLAN, KISS, HERRERA, TEVES, JACKSON, SANTIAGO, GEMMELL, LORIER, GALINDO, ROCKER, MAGAT, STEVENSON, YUNE, ABOUJAOUDE, PONTEJOS-MURPHY, MCQUADE, and DOES 1-10)

154.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

155.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

156.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

157.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

ORBACH HUFF + HENDERSON LLP

ORBACH HUFF + HENDERSON LLP

158.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

159.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

160.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

161.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

162.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

163.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

164.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

165.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

166.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

167.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

168.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

///

///

**THIRD CLAIM FOR RELIEF**

**Denial of Medical Care (43 U.S.C. §1983)**

(Survival) (By Plaintiff against Defendants SMITH, MITCHELL, GABRIEL, SOLOPOW, SABLAN, KISS, HERRERA, TEVES, JACKSON, SANTIAGO, GEMMELL, LORIER, GALINDO, ROCKER, MAGAT, STEVENSON, YUNE, ABOUJAOUDE, PONTEJOS-MURPHY, MCQUADE, and DOES 1-10)

169.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

170.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

171.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

172.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

173.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

174.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

175.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

176.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

177.   Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

178.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

179.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

180.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

181.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

182.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

183.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

184.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

185.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

186.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

187.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

188.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

189.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

190.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

191.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

192.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

193.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

194.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

195.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

196.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

197.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

198.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

199.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

200.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## FOURTH CLAIM FOR RELIEF

### Supervisor Liability (42 U.S.C. § 1983)

(Survival) (By Plaintiff against Defendants GEMMELL, MAGAT, and Supervisor DOES)

201.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

202.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

203.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

204.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

205.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

206.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

207.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

208.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

209.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

210.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

211.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

212.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

213.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

ORBACH HUFF + HENDERSON LLP

1

2

3

214.   Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

4

**FIFTH CLAIM FOR RELIEF**

5

**Municipal Liability – Failure to Train (42 U.S.C §1983)**

6

(Survival) (By Plaintiff against Defendant COUNTY)

7

8

9

215.   Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

10

11

12

216.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

13

14

15

217.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

16

17

18

218.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

19

20

21

219.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

22

23

24

220.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

25

26

27

221.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

28

///

ORBACH HUFF + HENDERSON LLP

222.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

223.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

224.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

225.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Practice, Policy (42 U.S.C §1983)**

(Survival) (By Decedent WEST through Plaintiff against Defendant COUNTY)

226.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

227.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

228.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

229.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

230.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

231.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

232.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

233.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

234.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

235.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

236.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

237.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

238.   Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

239.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

240.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## SEVENTH CLAIM FOR RELIEF

### Americans with Disabilities Act – Reasonable Accommodation

### (Survival) (By Plaintiff against Defendant COUNTY)

241.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

242.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

243.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

244.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

245.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

246.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

247.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

248.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

249.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

250.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

251.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

252.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

253.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

254.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

255.     Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

///

ORBACH HUFF + HENDERSON LLP

1    256.    Answering this paragraph, Defendant lacks information and belief sufficient to

2    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

3    denied, Defendant denies generally and specifically each and every allegation contained therein.

4    257.    Answering this paragraph, Defendant lacks information and belief sufficient to

5    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

6    denied, Defendant denies generally and specifically each and every allegation contained therein.

7    258.    Answering this paragraph, Defendant lacks information and belief sufficient to

8    either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

9    denied, Defendant denies generally and specifically each and every allegation contained therein.

10   259.    Answering this paragraph, Defendant lacks information and belief sufficient to

11   either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

12   denied, Defendant denies generally and specifically each and every allegation contained therein.

13   260.    Answering this paragraph, Defendant lacks information and belief sufficient to

14   either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

15   denied, Defendant denies generally and specifically each and every allegation contained therein.

16   261.    Answering this paragraph, Defendant lacks information and belief sufficient to

17   either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

18   denied, Defendant denies generally and specifically each and every allegation contained therein.

19   262.    Answering this paragraph, Defendant lacks information and belief sufficient to

20   either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

21   denied, Defendant denies generally and specifically each and every allegation contained therein.

22   263.    Answering this paragraph, Defendant lacks information and belief sufficient to

23   either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise

24   denied, Defendant denies generally and specifically each and every allegation contained therein.

25   264.    Answering this paragraph, Defendant denies generally and specifically each and

26   every allegation contained therein.

27   ///

28   ///

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP

**EIGHTH CLAIM FOR RELIEF**

**Negligence**

(Wrongful Death and Survival) (By Plaintiff against Defendants SMITH, MITCHELL, GABRIEL, SOLOPOW, SABLAN, KISS, HERRERA, TEVES, JACKSON, SANTIAGO, GEMMELL, LORIER, GALINDO, ROCKER, MAGAT, STEVENSON, YUNE, ABOUJAOUDE, PONTEJOS-MURPHY, MCQUADE, and DOES 1-10 directly, and Defendants COUNTY and CFMG, vicariously)

265.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

266.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

267.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

268.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

269.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

270.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

271.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

ORBACH HUFF + HENDERSON LLP

1

2

3

272.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

4

5

6

273.    Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

7

## NINTH CLAIM FOR RELIEF

8

### Violation of the Bane Act (Civil Code §52.1)

9

(By Plaintiff against Defendants)

10

11

12

274.    Answering this paragraph, which incorporates by reference the allegations of the previous paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

13

14

15

275.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

16

17

18

276.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

19

20

277.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

21

22

278.    Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

23

24

25

279.    Answering this paragraph, Defendant lacks information and belief sufficient to either admit or deny the allegations.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

26

27

28

280.    Answering this paragraph, Defendant admits that the law speaks for itself.  Except as heretofore expressly admitted or otherwise denied, Defendant denies generally and specifically each and every allegation contained therein.

ORBACH HUFF + HENDERSON LLP

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

281.   Answering this paragraph, Defendant denies generally and specifically each and every allegation contained therein.

282.   Answering this paragraph, this paragraph asserts no material allegations against Defendant and no response is required.  To the extent a response could be required, Defendant denies the allegations therein and denies that Plaintiff is entitled to any relief.

## (PLAINTIFF'S) PRAYER FOR RELIEF

In answering Plaintiff's Prayer for Relief, Defendant denies Plaintiff is entitled to any relief, an injunction, damages, costs, interest, or attorneys' fees in any sum or sums or at all.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's Complaint fails to state a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### THIRD AFFIRMATIVE DEFENSE

The action should be abated in that all of the heirs of decedent have not been joined as parties.

### FOURTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### FIFTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

ORBACH HUFF + HENDERSON LLP

### SIXTH AFFIRMATIVE DEFENSE

Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or part due to Plaintiff and/or decedent's failure to exhaust the available administrative remedies.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant County of Alameda and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

### NINTH AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

### TENTH AFFIRMATIVE DEFENSE

Wrongful act of decedent or others. Any injury or damage suffered was due to or caused solely by reason of decedent or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Defendant.

### ELEVENTH AFFIRMATIVE DEFENSE

Apportionment of Fault: If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff's decedent or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault to be found to exist of decedent or others and causative fault, whether sued herein or not.

### TWELFTH AFFIRMATIVE DEFENSE

Superseding Cause: Any alleged acts or omissions by Defendant and or Defendant County of Alameda's agents, officers, and/or employees were superseded by the negligence or causative fault of Plaintiff's decedent or others, whether sued herein or not, whose negligence or

ORBACH HUFF + HENDERSON LLP

causative fault intervened and was the sole cause of any detriment to Plaintiff's decedent as alleged in the Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that as a public entity it is immune from liability pursuant to the provisions of Government Code sections 815, 815(a), 815.2(a), 815.2(b), and 815.6.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant is immune from suit herein under applicable California immunity statutes, including but not limited to, California Government Code sections 818, 818.2, 818.4, 818.8, 820.2, 820.4, 820.6, 820.8, 821, 821.4, 821.6, 821.8, 822.2, 830, 830.4, 831, 831.2, 831.4, 831.7, 840, 840.2, 840.4, 844.6, 845, 845.2, 845.6, 845.8, 846, 855.6,  855.8, 856, 856.4, 945.4, 945.6, and 950.6.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is not liable for the authorized exercise of discretion of public employees in determining an inmate's classification, housing, cell assignment, and other terms and conditions of confinement, including pursuant to California Government Code sections 815.2(b), 820.2, 845, 845.2, 844.6, and 856.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that to the extent the acts complained of were within the discretion of public employees, Defendant is immune from liability pursuant to the provisions of Government Code sections 820.2 and 815.2(b).

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's claims are barred, in whole or in part, by res judicata, collateral estoppel, claim preclusion, issue preclusion and/or the improper splitting of claims in a previous action from which such doctrines arise.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant denies that it breached any duty allegedly owed by Defendant to Plaintiff or decedent.

///

ORBACH HUFF + HENDERSON LLP

ORBACH HUFF + HENDERSON LLP

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant alleges it is not liable for the negligent, reckless, intentional, or criminal acts of an inmate, an injury proximately caused by another prisoner, or any injury to a prisoner proximately caused by third-party conduct, including pursuant to California Government Code sections 820.8 and 844.6.

### TWENTIETH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant has no duty to protect against the negligent, reckless, intentional, or criminal acts of an inmate, an injury proximately caused by another prisoner, or any injury to a prisoner proximately caused by third-party conduct, including pursuant to California Government Code sections 820.8, 844.6, 845, and 845.2.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Defendant has no duty, and is immune from liability, for any alleged failure to provide services, or sufficient services, that a police department would perform, including police protection services, prison or jail services, penal or correctional facility services, or any alleged insufficiency in equipment, personnel or facilities therein, including pursuant to California Government Code sections 845 and 845.2.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's decedent's actions are barred to the extent that Plaintiff has failed to comply with Government Code section 905.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's Complaint exceeds the scope of their claim, both in respect to theories of liability asserted and to injuries and damages claimed.  It is therefore barred pursuant to Government Code sections 900, *et seq*. and Code of Civil Procedure section 313.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is immune from liability for any injury or loss to Plaintiff from any allegedly inadequate or delayed medical care, including mental healthcare, that decedent could have received while incarcerated, or from any injury sustained while incarcerated, including pursuant to California Government Code sections 845.6 and 844.6.

- 36 -

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is immune from liability for any injury or loss to Plaintiff from any alleged failure to make an adequate physical or mental examination of any person, including pursuant to California Government Code sections 845.6, 855.6, and 855.8.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is immune from liability for any injury or loss to Plaintiff from any alleged failure to identify, prescribe for or treat any alleged mental illness by decedent, including during the intake process, including pursuant to California Government Code sections 845.6, 855.6, and 855.8.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is immune from liability for any injury or loss to Plaintiff's decedent from any injury allegedly sustained from the confinement, terms and conditions of confinement, all determinations involved in the process of commitment, and any determination to grant or refuse a release or leave of absence from confinement for any inmate with mental illness, including for admission to a public medical facility, including pursuant to California Government Code sections 820.2, 820.8, 845.6, 855.6, 855.8, 856, and 856.4 and/or Welfare and Institutions Code section 5278.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges that Defendant is immune from liability for any injury or loss to Plaintiff from any third-party acts, including the acts of independent contractors, including pursuant to California Government Code sections 815, 815.4, 820.8, and 844.6.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

Because the Complaint is couched in conclusory terms, Defendant cannot fully anticipate all affirmative defenses that may be applicable to this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

///

///

ORBACH HUFF + HENDERSON LLP

1

## DEMAND FOR JURY TRIAL

Defendant DEPUTY MALIK JACKSON demands a trial by jury in this matter.

WHEREFORE, Defendant prays that:

1.     Defendant be dismissed;

2.     Plaintiff take nothing by this proceeding;

3.     Defendant recovers his reasonable attorneys' fees and costs; and

4.     The Court awards such other relief as it considers proper.


Dated: March 1, 2024                    Respectfully submitted,

**ORBACH HUFF & HENDERSON LLP**

By:___*/s/ Kevin E. Gilbert*_____
                    Kevin E. Gilbert
                    Nicholas D. Fine
                    Attorneys for Defendants
                    COUNTY OF ALAMEDA, DEPUTY ALEXANDER
                    SMITH, DEPUTY RACHEL MITCHELL, DEPUTY
                    DANIEL SABLAN, DEPUTY DANIEL HERRERA,
                    DEPUTY MICHAEL TEVES, DEPUTY MALIK
                    JACKSON, and SERGEANT DEVIN LORIER

Def Deputy Malik Jackson's Answer to Plaintiff's Second Amended Complaint; Demand for Jury [22-cv-06707-WHO]

ORBACH HUFF + HENDERSON LLP