Kelly UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** March 5, 2024 | **Time:** 12 minutes<br>2:02 p.m. to 2:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 22-cv-06707-WHO | **Case Name:** Miles v. County of Alameda | |

**Attorneys for Plaintiff:**            Marcel F. Sincich
**Attorneys for Alameda County:**   Nicholas D. Fine
**Attorneys for California Forensic:** Alexander M. Jurenka

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kelly Shainline

PROCEEDINGS

Case Management Conference conducted via videoconference. Parties' proposed case management schedule is adopted with the modifications noted below. Issues regarding prisoner witnesses discussed. Mediation status discussed.

**Further Case Management Conference set for September 3, 2024, at 2:00 p.m.** Joint case management statement due August 27, 2024.

**PRETRIAL SCHEDULE:**

| | |
|---|---|
| **Fact discovery cutoff:** | **July 8, 2024** |
| **Expert disclosure:** | **July 29, 2024** |
| **Expert rebuttal:** | **August 19, 2024** |
| **Expert discovery cutoff:** | **September 9, 2024** |
| **Dispositive Motions heard by:** | **December 9, 2024** |
| **Pretrial Conference:** | **March 3, 2025** |
| **Trial:** | **March 31, 2025 at 8:30 a.m. by Jury** |