**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Phone:   (818) 347-3333
Fax:     (818) 347-4118
*Attorneys for Plaintiff*, CHRISTY MILES

Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908/Facsimile: (510) 999-7918
*Attorneys for Defendant* COUNTY OF ALAMEDA, SMITH, MITCHELL, SABLAN, HERRERA, TEVES, and LORIER

LINDSEY M. ROMANO (SBN: 337600)
ALLISON J. BECKER (PRO HAC VICE)
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
lromano@grsm.com
*Attorneys for Defendant* CFMG, MARIA MAGAT, and CAROL STEVENSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY MILES,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF ALAMEDA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ALEXANDER SMITH; RACHEL MITCHELL; DANIEL SABLAN; DANIEL HERRERA; MICHAEL TEVES; MALIK JACKSON; DEVIN LORIER; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON; ELIAS ABOUJAOUDE; TERESITA PONTEJOS-MURPHY; JENNIFER MCQUADE,<br><br>        Defendants. | Case No.: 3:22-cv-06707-WHO<br><br>[*Honorable William H. Orrick*]<br><br>**JOINT STATUS REPORT RE. SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>**<u>Pretrial Conference</u>**<br>March 3, 2025 @2:00 p.m.<br>**<u>Jury Trial</u>**<br>March 31, 2025 @8:30 a.m.<br>Ctrm: 2<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action Plaintiff CHRISY MILES ("Plaintiff"), and Defendants COUNTY OF ALAMEDA; CALIFORNIA FORENSIC MEDICAL GROUP, INC.; ALEXANDER SMITH; RACHEL MITCHELL; DANIEL SABLAN; DANIEL HERRERA; MICHAEL TEVES; MALIK JACKSON; DEVIN LORIER; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON ("Defendants"), (together called "the Parties"), hereby present this Joint Status Report re Settlement and Stipulation to Vacate all Dates and Deadlines based on the following good cause:

WHEREAS, on April 24, 2024, the Parties engaged in mediation with mediator Richard Copeland.

WHEREAS, the Parties reached a settlement subject to the approval of the County of Alameda's Board of Supervisor. Defense counsel is informed and believes that the settlement will be presented and recommended to the Board within approximately two weeks of the full execution of the Parties Settlement Agreement and Release.

WHEREAS, the Parties expect that the settlement will be fully consummated within the following 60 days. The Parties will file a dismissal of this action within ten days of Plaintiff's receipt of the settlement proceeds.

NOW and THEREFORE, the Parties believe it is in the best interest of the case, and of judicial economy, and the Parties hereby stipulate to vacate all dates and deadlines and respectfully request that the Court retain jurisdiction over this matter until the settlement is fully consummated. The parties further request that the Court order the parties to dismiss this action with prejudice once the settlement is consummated or provide a status report re. settlement on or before June 28, 2024.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | DATED: April 29, 2024 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | | _/s/_   _Marcel F. Sincich_ |
| 3 | | Dale K. Galipo<br>Marcel F. Sincich<br>_Attorneys for Plaintiff_ CHRISTY MILES |
| 4 | | |
| 5 | DATED: April 29, 2024 | **ORBACH HUFF & HENDERSON LLP** |
| 6 | | _/s/_   _Kevin E. Gilbert_ |
| 7 | | Kevin E. Gilbert<br>Attorneys for Defendant<br>COUNTY OF ALAMEDA |
| 8 | | |
| 9 | DATED: April 29, 2024 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 10 | | _/s/_   _Allison J. Becker_ |
| 11 | | Lindsey M. Romano<br>Allison J. Becker<br>_Attorneys for_ Defendant<br>CALIFORNIA FORENSIC MEDICAL GROUP, INC. |