1  LINDSEY M. ROMANO  (SBN:  337600)
   lromano@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
3  San Francisco, CA 94111
   Telephone:  (415) 875-4126
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   CALIFORNIA FORENSIC MEDICAL GROUP; MARIA MAGAT; CAROL STEVENSON
6  AND MIRA YUNE

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY MILES, individually and as successor-in-interest to decedent, DEVIN WEST , <br><br>     Plaintiff, <br><br>  vs. <br><br> COUNTY OF ALAMEDA; CALIFORNIA FORENSIC MEDICAL GROUP; DOE SMITH; DOE MITCHELL; CRISPINO GABRIEL; MARC SOLOPOW; DANIEL SABLAN; BRYAN KISS; DANIEL HERRERA; MICHASEL TEVES; MALIK JACKSON; TERRELL SANTIAGO; KENNETH GEMMEL; DEVIN LORIER; VICTOR GALINDO; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON; MIRA YUNE; ELIAS ABOUJAOUDE; TERESITA PONTEJOS-MURPHY; JENNIFER MCQUADE; and DOES 1 through 10, inclusive, <br><br>     Defendants. | CASE NO.  3:22−cv−06707−WHO <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT LINDSEY ROMANO has changed ☐ names, ☐ firms, ☒ addresses, ☐ phone numbers, and/or ☐ fax numbers as follows.

1  Current Contact information:

2  315 Pacific Avenue, San Francisco, CA 94111.

4  Dated: 4/29/2024                                    GORDON REES SCULLY MANSUKHANI, LLP

                                                  By:  */s/ Lindsey M. Romano*
                                                       Lindsey M. Romano
                                                       Attorneys for Defendants
                                                       CALIFORNIA FORENSIC
                                                       MEDICAL GROUP; MARIA
                                                       MAGAT; CAROL
                                                       STEVENSON AND MIRA
                                                       YUNE

-2-
NOTICE OF CHANGE OF ADDRESS

**CERTIFICATE OF SERVICE**
*Miles v. County of Alameda et al*
USDC Northern District Case No.: 3:22−cv−06707−WHO

    I, April S. Kirkpatrick, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: April 29, 2024                                    By: */s/ April S. Kirkpatrick*