1 | Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
2 | Nicholas D. Fine, Esq. (SBN: 285017)
nfine@ohhlegal.com
3 | **ORBACH HUFF + HENDERSON LLP**
4 | 6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA  94588
5 | Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY ALEXANDER SMITH, DEPUTY RACHEL MITCHELL, DEPUTY DANIEL SABLAN, DEPUTY DANIEL HERRERA, DEPUTY MICHAEL TEVES, DEPUTY MALIK JACKSON, and SERGEANT DEVIN LORIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY MILES, individually and as successor-in-interest to decedent, DEVIN WEST,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; CALIFORNIA; FORENSIC MEDICAL GROUP, INC.; DOE SMITH; DOE MITCHELL; CRISPINO GABRIEL; MARC SOLOPOW; DANIEL SABLAN; BRYAN KISS; DANIEL HERRERA; MICHAEL TEVES; MALIK JACKSON; TERRELL SANTIAGO; KENNETH GEMMELL; DEVIN LORIER; VICTOR GALINDO; TARA ROCKER; MARIA MAGAT; CAROL STEVENSON; MIRA YUNE; ELIAS ABOUJAOUDE; TERESITA PONTEJOS-MURPHY; JENNIFER MCQUADE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  22-cv-06707-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Stipulation and [Proposed] Order to Dismiss Entire Action With Prejudice [22-cv-06707-WHO]

# STIPULATION

Plaintiff Christy Miles, individually and as successor-in-interest to decedent, Devin West ("Plaintiff"), and Defendants California Forensic Medical Group, Maria Magat, Carol Stevenson, Mira Yune, the County of Alameda, Deputy Alexander Smith, Deputy Rachel Mitchell, Deputy Daniel Sablan, Deputy Daniel Herrera, Deputy Michael Teves, Deputy Malik Jackson, and Sergeant Devin Lorier (collectively, "Defendants") (altogether collectively, the "Parties"), by and through their respective counsel in the above-captioned matter, hereby stipulate, under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 9, 2024        **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
    Dale K. Galipo
    Marcel F. Sincich
    Attorneys for Plaintiff
    CHRISTY MILES

Dated: July 9, 2024        **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Allison J. Becker*
    Allison J. Becker
    Attorney for Defendants
    CALIFORNIA FORENSIC MEDICAL GROUP, MARIA MAGAT, CAROL STEVENSON, and MIRA YUNE

Dated: July 9, 2024        **ORBACH HUFF + HENDERSON LLP**

By: */s/ Kevin E. Gilbert*
    Kevin E. Gilbert
    Attorney for Defendants
    COUNTY OF ALAMEDA, DEPUTY ALEXANDER SMITH, DEPUTY RACHEL MITCHELL, DEPUTY DANIEL SABLAN, DEPUTY DANIEL HERRERA, DEPUTY MICHAEL TEVES, DEPUTY MALIK JACKSON, and SERGEANT DEVIN LORIER

Stipulation and [~~Proposed~~] Order to Dismiss Entire Action With Prejudice [22-cv-06707-WHO]

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 9, 2024

HONORABLE WILLIAM H. ORRICK
UNITED STATES SENIOR DISTRICT JUDGE